**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURTHOUSE
40 FOLEY SQUARE
NEW YORK 10007

FILED

Roseann B. MacKechnie
CLERK

MANDATE

2005 FEB -9 P 2: 29

U.S. DISTRICT COURT
NEW HAVEN, CT

e TBC
NHCT
00-cr-186
Chatigny

Date: 11/15/04
Docket Number: 04-4836-cr
Short Title: USA v. Green (Villegas)
DC Docket Number: 00-cr-186
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Robert Chatigny

## MOTION INFORMATION FORM

Movant:
Matthew Collins, Esq. for
Yamarie Villegas, Appellant

|  | Yes | No |
|---|---|---|
| Consent sought from adversary(ies)? | /__/ | /_x_/ |
| Consent obtained from adversary(ies)? | /__/ | /_x_/ |
| Is oral argument desired? | /__/ | /_x_/ |

## ORDER

IT IS HEREBY ORDERED that the motion to withdraw appeal be and it hereby is granted.



So Ordered
Roseann B. Mackechnie, Clerk
by
Tracy W. Young
Motions Staff Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

—ISSUED AS MANDATE: 2/3/05