# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. SANTA MURCIA                                     Docket No. 3:00CR00186(RNC)

### Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

2006 AUG -3 A 10: 13

**COMES NOW,** Charmaine R. Harkins, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of SANTA MURCIA who was sentenced to 14 months' imprisonment and three years supervised release for a violation of 18 U.S.C. § 37, Conspiracy to Commit Bank Fraud, by the Honorable Robert N. Chatigny, Chief U.S. District Judge, sitting in the court in Hartford, Connecticut, on August 31, 2004, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special conditions and terms as follows: 1) The defendant will pay restitution in the total amount of $49,752, jointly and severally with her co-defendants Kisasi Green and Troy Moody. Restitution will be paid to First County Bank at the rate of $100 per month, interest on the restitution is waived; 2) The defendant will authorize the release to the probation office of any requested financial information by signing an appropriate release form; 3) The defendant will not incur new credit charges or open additional lines of credit without prior approval of the probation office; and 4) The defendant will participate in a program of mental health evaluation, counseling and treatment under the direction of the Probation Office. The defendant shall pay all, or a portion of, the costs associated with any such treatment based on her ability to pay, in an amount to be determined by the probation office.

Ms. Murcia began supervision on October 27, 2004.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
On July 17, 2006, the probation office in the Southern District of New York submitted a letter outlining the following:

Charge No. 1: Standard Condition No. 4 - "The defendant shall not leave the judicial district without the permission of the Court or probation officer." On May 25, 2006, Ms. Murcia traveled to Puerto Rico with her mother. Ms. Murcia did not obtain prior approval from the Court before leaving the district.

Charge No. 2: Special Condition No. 1 - "The defendant will pay restitution in the total amount of $49,752, jointly and severally with her co-defendants Kisasi Green and Troy Moody. Restitution will be paid to First County Bank at the rate of $100 per month, interest on the restitution is waived." Ms. Murcia has not fulfilled her court ordered obligation to make $100 monthly restitution payments. She has remitted two payments in this amount and recently began submitting $50 payments to the Clerk's Office. The completion of a financial affidavit has determined that Ms. Murcia is capable of paying the required $100. Ms. Murcia is currently in arrears of $1,750 and her current restitution balance is $49,402.

Continued on page 2

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for years, for a total term of years.
■ To modify the conditions of supervision as follows:

The defendant shall be placed on home confinement with electronic monitoring for a period of six months. The defendant shall be responsible for a portion of the costs associated with electronic monitoring.

Defense Counsel Mathew Collins and Assistant U.S. Attorney Mike Gustafson agree to this modification and the Waiver of Hearing Form is attached.

**ORDER OF COURT**
Considered and ordered this ___1___ day of August 2006 and ordered filed and made a part of the records in the above case.

The Honorable Robert N. Chatigny
Chief United States District Judge

Respectfully Submitted,

Charmaine R. Harkins
United States Probation Officer

Place: Hartford, Connecticut
Date: August 3, 2006

Continued

<u>Charge No. 3: Special Condition No. 3 - "The defendant will not incur new credit charges or open additional lines of credit without prior approval of the probation office."</u>  On May 31, 2006, a credit report revealed that Ms. Murcia opened a Dell computer account in August 2005. The probation officer confronted Ms. Murcia after it was discovered during a home visit that she was in possession of a Dell projector and screen.

PROB 49

Waiver of Hearing to Modify Conditions
of Supervised Release

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

**Six (6) months home confinement with electronic monitoring. The releasee will be responsible for a portion of the costs associated with electronic monitoring.**

Witness: _____    Signed: _Yamaira Villegas_
U.S. Probation Officer                  Probationer or Supervised Releasee

_7/13/06_
DATE